IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE FIRST LIBERTY INSURANCE CORPORATION, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 12cv06823 |
| APRIL WALKER, et al. | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 5th day of November 2013, upon careful consideration of The First Liberty Insurance Corporation's motion for summary judgment (Doc. #27), April Walker's opposition thereto, and The First Liberty Insurance Corporation's reply, **IT IS HEREBY ORDERED** that the motion for summary judgment is **GRANTED**, and judgment is entered in favor of plaintiff The First Liberty Insurance Corporation and against defendant April Walker.

It is hereby DECLARED that:

(1) Plaintiff The First Liberty Insurance Corporation has no further duty to defend defendant April Walker in the following actions: *Franklin v. Neshaminy Hills Camp Association, et al.*, Bucks County Court of Common Pleas, No. 2009-09329; *Franklin v. Neshaminy Hills Camp Association, et al.*, Bucks County Court of Common Pleas, No. 2010-03004; and

(2) Plaintiff The First Liberty Insurance Corporation has no duty to indemnify defendant April Walker for any liability found against her in the following

actions: *Franklin v. Neshaminy Hills Camp Association, et al.*, Bucks County Court of Common Pleas, No. 2009-09329; *Franklin v. Neshaminy Hills Camp Association, et al.*, Bucks County Court of Common Pleas, No. 2010-03004.

Trial of the remaining claims in this case is scheduled for January 13, 2014 at 10:00 AM.

                                                     /s/ William H. Yohn Jr.
                                                          William H. Yohn Jr., Judge